NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEVEN RAY KEENE,                    )
                                     )
          Appellant,                 )
                                     )
v.                                   )     Case No. 2D17-1562
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
                                     )
_____      )

Opinion filed April 25, 2018.

Appeal from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

Steven Ray Keene, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Wendy Buffington,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, CRENSHAW, and MORRIS, JJ., Concur.